UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY CAMPBELL,

    Plaintiff,

v.    Case No. 07-13252
    Hon. Sean F. Cox

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF THE MAGISTRATE JUDGE

On June 3, 2008, Magistrate Judge Virginia M. Morgan submitted a Report and Recommendation **[Doc. 10]** recommending that the Court grant Defendant's Motion for Summary Judgment [**Doc.9**], and deny Plaintiff's Motion for Summary Judgment [**Doc.8**]. Because the Court did not receive objections from either party within the time frame provided for in 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b); and E.D. Mich. LR 72.1(d)(3), the Court adopts the Magistrate Judge's Report and Recommendation. The Court, therefore, **GRANTS** Defendant's Motion for Summary Judgment and **DENIES** Plaintiff's Motion for Summary Judgment.

    **IT IS SO ORDERED.**

        S/Sean F. Cox
        Sean F. Cox
        United States District Judge

Dated: June 27, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 27, 2008, by electronic and/or ordinary mail.

        S/Jennifer Hernandez
        Case Manager